IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CECIL W. PROCTOR                                                                                    PLAINTIFF

v.                                          Civil No. 4:18-cv-04015

DOCTOR STEVEN FOLTZ, Miller
County Detention Center ("MCDC");
And NURSE STEVEN KING, MCDC                                                          DEFENDANTS

## ORDER

Plaintiff Cecil W. Proctor submitted this *pro se* action for filing on January 31, 2018. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* was granted that same day. (ECF No. 3). Before the Court is Plaintiff's Motion to Supplement Complaint. (ECF No. 23).

On May 8, 2018, the Court entered an Initial Scheduling Order (ECF No. 16) setting forth various deadlines for this litigation. The deadline for the parties to file motions to amend their pleadings was August 6, 2018. (ECF No. 16, p. 3). The order provides that motions not timely filed may be denied solely for that reason. *Id.* Plaintiff filed his Motion to Amend on August 13, 2016. The deadline to file motions to amend the pleadings expired a week ago.

Accordingly, Plaintiff's Motion to Amend Complaint (ECF No. 23) is **DENIED.**

**IT IS SO ORDERED this 13th day of August 2018.**

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE