IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CECIL W. PROCTOR                                                                                    PLAINTIFF

v.                                         Civil No. 4:18-cv-04015

DOCTOR STEVEN FOLTZ, Miller
County Detention Center ("MCDC");
And NURSE STEVEN KING, MCDC                                                                   DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 27) should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against Defendants Steven Foltz and Steven King are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of January 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge