IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CECIL W. PROCTOR                                                                                          PLAINTIFF

v.                                          Civil No. 4:18-cv-04015

DOCTOR STEVEN FOLTZ, Miller
County Detention Center ("MCDC");
And NURSE STEVEN KING, MCDC                                                              DEFENDANTS

## ORDER

On February 25, 2019, the Court granted Plaintiff's application to appeal *in forma pauperis*. (ECF No. 38). Pursuant to the provisions of the Prison Litigation Reform Act, the Clerk is **DIRECTED** to collect the $505.00 appellate filing fee from Plaintiff.

**IT IS SO ORDERED this 25th day of February 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE